# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-361-FDW-DCK

| | |
|---|---|
| KRISTEN CUCCIA, | ) |
| Plaintiff, | ) |
| v. | ) **ORDER** |
| PROTECTIVE LIFE INSURANCE COMPANY, | ) |
| Defendant. | ) |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) filed by A. Todd Capitano, concerning Katharine A. Weber on July 31, 2019. Katharine A. Weber seeks to appear as counsel *pro hac vice* for Defendant Protective Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 6) is **GRANTED**. Katharine A. Weber is hereby admitted *pro hac vice* to represent Defendant Protective Life Insurance Company.

**SO ORDERED**.

Signed: August 1, 2019

David C. Keesler
United States Magistrate Judge