IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:19-CV-361-FDW-DCK

| | |
|---|---|
| KRISTEN CUCCIA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| PROTECTIVE LIFE INSURANCE ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |
| ) | |

**THIS MATTER IS BEFORE THE COURT** on the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) filed by A. Todd Capitano, concerning Alexander B. Feinberg on July 31, 2019. Alexander B. Feinberg seeks to appear as counsel *pro hac vice* for Defendant Protective Life Insurance Company. Upon review and consideration of the motion, which was accompanied by submission of the necessary fee and information, the Court will grant the motion.

**IT IS, THEREFORE, ORDERED** that in accordance with Local Rule 83.1, the "Motion For Admission *Pro Hac Vice* and Affidavit" (Document No. 7) is **GRANTED**. Alexander B. Feinberg is hereby admitted *pro hac vice* to represent Defendant Protective Life Insurance Company.

**SO ORDERED**.

Signed: August 1, 2019

David C. Keesler
United States Magistrate Judge