# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-361-DCK

| | |
|---|---|
| KRISTEN CUCCIA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> PROTECTIVE LIFE INSURANCE ) <br> COMPANY, ) <br> ) <br> Defendant. ) <br> ) | **ORDER** |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* regarding settlement of this case. The parties filed a "Notice Of Settlement" (Document No. 31) notifying the Court that the parties reached a settlement on December 18, 2019. The Court commends counsel and the parties for their efforts in resolving this matter.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal on or before **January 20, 2020**.

**SO ORDERED**.

Signed: December 19, 2019

David C. Keesler
United States Magistrate Judge